797 A.2d 875

IN THE MATTER OF THEODORE W. DAUNNO, AN ATTORNEY AT LAW.

May 16, 2002.

## ORDER

The Disciplinary Review Board having filed a report with the Court in DRB 01–101, recommending the disbarment of **THEODORE W. DAUNNO** of **CLIFTON,** who was admitted to the bar of this State in 1975 and who was transferred to disability inactive status by Order of the Court filed December 20, 2001;

And **THEODORE W. DAUNNO** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

234

And the Court having determined because of the nature of respondent's illness not to rule on the recommendation of final discipline at this time;

And good cause appearing;

It is ORDERED that **THEODORE W. DAUNNO** remain on disability inactive status until the further Order of the Court; and it is further

ORDERED that **THEODORE W. DAUNNO** continue to comply with *Rule* 1:20–20 dealing with attorneys on disability inactive status.